UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOLORES MCFADDEN-BROWN,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>Defendant. | Case No. 2:17-cv-06552-JMA-AYS<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE,** that upon the Declaration of Angela R. Vicari in Support of Boston Scientific Corporation's ("Boston Scientific") Motion to Dismiss, dated August 10, 2018, together with exhibits annexed thereto, Boston Scientific's Memorandum of Law in Support of its Motion to Dismiss, and all proceedings and pleadings previously had herein, the undersigned will move this Court before the Hon. Joan M. Azrack, at the United States Courthouse, 100 Federal Plaza, Central Islip, NY 11722, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing this action in its entirety, and granting such other and further relief as the Court may deem just and equitable.

163153101

| | | |
|---|---|---|
| Dated: | New York, New York<br>August 10, 2018 | ARNOLD & PORTER KAYE SCHOLER LLP<br><br>By: /s/ Angela R. Vicari<br>James D. Herschlein<br>james.herschlein@arnoldporter.com<br>Angela R. Vicari<br>angela.vicari@arnoldporter.com<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: +1 212 836 8000<br>Fax: +1 212 836 8689<br><br>Attorneys for Defendant<br>BOSTON SCIENTIFIC CORPORATION |

163153101